IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph W. LaFramboise and      : Chapter 13
         Amanda L. LaFramboise,           :
            Debtors                         : Case No.  17-17587

**PRAECIPE TO CORRECT CREDITOR ADDRESS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the creditor, Nationstar Mortgage/Mr. Cooper from:

Nationstar Mortgage/Mr. Cooper
350 Highland Drive
Lewisville, TX 75067

to the following address:

Nationstar Mortgage/Mr. Cooper
8950 Cypress Waters Blvd.
Dallas, TX 75019

**CASE & DIGIAMBERARDINO, P.C.**

By:   s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -fax
Attorney for Debtors