United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17587-ref
Joseph W LaFramboise
Amanda Lea LaFramboise                                                          Chapter 13
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 309I           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb     +Joseph W LaFramboise,    Amanda Lea LaFramboise,    66 Stella Drive,    Reading, PA 19608-9072
tr         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
             Reading, PA 19606-0410
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14010959   +AES Bank Of America,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14010965   +Best Buy/Citibank, N.A.,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14010966   +Brand Source/Citibank, N.A.,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14010974   +Great Lakes/US Bank,    P.O. Box 7860,    Madison, WI 53707-7860
14016871   +Nationstar Mortgage LLC,    c/o Matteo S. Weiner, Esq,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
14010976   +Nationstar/Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
14010978    Pay Pal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
14010979   +Raymour & Flannigan,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
14010982    Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14010985   +Synchrony Bank/The Container Store,    950 Forrer Blvd,    Kettering, OH 45420-1469
14029614   +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
             Dallas, TX 75380-0849
14017390    U.S. BANK NATIONAL ASSOCIATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14010988   +US Department of Education/Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: jad@cdllawoffice.com Dec 21 2017 01:42:07      JOHN A. DIGIAMBERARDINO,
             Case & DiGiamberardino, P.C.,    845 North Park Road,    Suite 101,    Wyomissing, PA  19610
smg        +E-mail/Text: robertsl2@dnb.com Dec 21 2017 01:43:45      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:24
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:59      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2017 01:43:34      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14010963    EDI: HNDA.COM Dec 21 2017 01:38:00      American Honda Finance,    2170 Point Blvd Suite 100,
             Elgin, IL 60123
14020259    EDI: HNDA.COM Dec 21 2017 01:38:00      American Honda Finance Corporation,
             National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14029363    EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14029365    EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Bank Lease Trust,    PO Box 130424,
             Roseville MN 55113-0004
14010960   +EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Financial,    P.O. Box 380901,
             Bloomington, MN 55438-0901
14010961   +EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Financial,    P.O. Box 380901,
             Minneapolis, MN 55438-0901
14010962   +EDI: AMEREXPR.COM Dec 21 2017 01:38:00      American Express,    P.O. Box 981537,
             El Paso, TX 79998-1537
14026918    EDI: BECKLEE.COM Dec 21 2017 01:38:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
14010964    EDI: BANKAMER.COM Dec 21 2017 01:38:00      Bank Of America,    P.O. Box 982238,
             El Paso, TX 79998
14010967   +EDI: CHASE.COM Dec 21 2017 01:38:00      Chase Card,    P.O. Box 15298,
             Wilmington, DE 19850-5298
14010968   +EDI: WFNNB.COM Dec 21 2017 01:38:00      Comenity Bank/Pottery Barn,    P.O. Box 182789,
             Columbus, OH 43218-2789
14010969   +EDI: WFNNB.COM Dec 21 2017 01:38:00      Comenity Bank/Younkers,    P.O. Box 182789,
             Columbus, OH 43218-2789
14010970    EDI: DIRECTV.COM Dec 21 2017 01:38:00      DIRECTV,    PO Box 11732,    Newark, NJ 07101
14010971    EDI: DISCOVER.COM Dec 21 2017 01:38:00      Discover Financial Services,    P.O. Box 30954,
             Salt Lake City, UT 84130
14010972    EDI: DISCOVER.COM Dec 21 2017 01:38:00      Discover Financial Services LLC,    P.O. Box 15316,
             Wilmington, DE 19850
14010977   +EDI: NAVIENTFKASMSERV.COM Dec 21 2017 01:38:00      Navient,    P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
14030136    EDI: NAVIENTFKASMGUAR.COM Dec 21 2017 01:38:00      Navient Solutions, LLC. on behalf of,
             United Student Aid Funds, Inc.,    Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,
             Wilkes Barre, PA 18773-9430
14011613   +EDI: PRA.COM Dec 21 2017 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
14024390    EDI: Q3G.COM Dec 21 2017 01:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
             PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 309I           Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14010980      +EDI: DISCOVERSL.COM Dec 21 2017 01:38:00      Student Loan Corporation,   P.O. Box 30948,
               Salt Lake City, UT 84130-0948
14010980      +E-mail/Text: DSLBKYPRO@discover.com Dec 21 2017 01:43:57      Student Loan Corporation,
               P.O. Box 30948,   Salt Lake City, UT 84130-0948
14011884      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
14010983      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/ HH Gregg,   P.O. Box 965036,
               Orlando, FL 32896-5036
14010984      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Art Van Furniture,   950 Forrer Blvd.,
               Kettering, OH 45420-1469
14028654       EDI: USBANKARS.COM Dec 21 2017 01:38:00      U.S. Bank National Association,
               Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
14010987       EDI: USBANKARS.COM Dec 21 2017 01:38:00      US Bank,   4325 17th Ave South,   Fargo, ND 58125
14010986      +EDI: CITICORP.COM Dec 21 2017 01:38:00      Universal/ Citicard,   P.O. Box 6241,
               Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14010973       DRO of Wisconsin?,   WI
14010975       Maggie Rivera
aty*          +FREDERICK L. REIGLE,   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   P.O. Box 4010,
               Reading, PA 19606-0410
14010981*     +Student Loan Corporation,   Po Box 30948,   Salt Lake City, UT 84130-0948
                                                                                 TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            JOHN A. DIGIAMBERARDINO    on behalf of Debtor Joseph W LaFramboise jad@cdllawoffice.com,
             dmk@cdllawoffice.com,reb@cdllawoffice.com
            JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Amanda Lea LaFramboise jad@cdllawoffice.com,
             dmk@cdllawoffice.com,reb@cdllawoffice.com
            MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Joseph W LaFramboise<br>First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–8682 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amanda Lea LaFramboise<br>First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–3104 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/7/17 |
| Case number: | 17–17587–ref | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph W LaFramboise | Amanda Lea LaFramboise |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 66 Stella Drive<br>Reading, PA 19608 | 66 Stella Drive<br>Reading, PA 19608 |
| 4. | **Debtor's attorney**<br>Name and address | JOHN A. DIGIAMBERARDINO<br>Case & DiGiamberardino, P.C.<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610 | Contact phone 610–372–9900<br>Email: jad@cdllawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 12/20/17 |

**For more information, see page 2**

Debtor **Joseph W LaFramboise** and **Amanda Lea LaFramboise**                                      Case number **17–17587–ref**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 16, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>2901 St. Lawrence Ave, Reading, PA 19606 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/17/18**<br><br><br><br><br><br><br><br>**Filing deadline: 4/16/18**<br><br>**Filing deadline: 5/6/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $650.00 per month for 60 months. **The hearing on confirmation will be held on: 3/1/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |