**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-17587(REF) |
| JOSEPH W. LAFRAMBOISE and | : | CHAPTER 13 |
| AMANDA LEA LAFRAMBOISE | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | FEBRUARY 8, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

**CERTIFICATE OF SERVICE**

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on January 19, 2018, upon the following individuals:

                              LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: January 19, 2018        By:  /s/ Regina Cohen
                                          Regina Cohen, Esquire
                                          Attorneys for Ally Bank

## **SERVICE LIST**

John A. DiGiamberardino, Esquire
845 North Park Road
Suite 101
Wyomissing, PA 19610
(Via ECF Only)


Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Joseph W. LaFramboise
Amanda Lea LaFramboise
66 Stella Drive
Reading, PA 19608