# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-17587 |
| Joseph W. LaFramboise | : Chapter 13 |
| Amanda Lea LaFramboise | : Judge Richard E. Fehling |
| | : * * * * * * * * * * * * * * * * * * |
| Debtor(s). | |

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Now comes Wells Fargo Bank, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and files this Objection to Debtor's Chapter 13 Plan, averring as follows:

1. Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 66 Stella Drive, Sinking Spring, PA 19608. Creditor has filed proof of claim number 14 for the subject mortgage loan.

2. Debtor's Chapter 13 Plan does not list Creditor's subject mortgage loan as a secured claim and makes no provision for the maintenance of post-petition payments. Creditor requests that the Plan be amended to provide for Creditor's claim or to surrender Debtor's interest in the property.

3. Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States Supreme Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

18-001400_JDD1

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-001400_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                         :
                                                               :   **Case No.: 17-17587**
**Joseph W. LaFramboise**                   :   **Chapter 13**
**Amanda Lea LaFramboise**               :   **Judge Richard E. Fehling**
                                                               :   * * * * * * * * * * * * * * * * * *
    **Debtor(s).**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

John A. DiGiamberardino, Attorney for Joseph W. LaFramboise and Amanda Lea LaFramboise, Case & DiGiamberardino, P.C., 845 North Park Road, Wyomissing, PA 19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 19, 2018:

Joseph W. LaFramboise and Amanda Lea LaFramboise, 66 Stella Drive, Sinking Spring, PA 19608


DATE: __1/19/2018__

                                                                /s/ Karina Velter
                                                                Karina Velter, Esquire (94781)
                                                                Kimberly A. Bonner (89705)
                                                                Adam B. Hall (323867)
                                                                Sarah E. Barngrover (323972)
                                                                Manley Deas Kochalski LLC
                                                                P.O. Box 165028
                                                                Columbus, OH  43216-5028
                                                                Telephone: 614-220-5611


18-001400_JDD1

        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

18-001400_JDD1