### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 17-17587(REF) |
| JOSEPH W. LAFRAMBOISE and | : CHAPTER 13 |
| AMANDA LEA LAFRAMBOISE | : |
| Debtors | : HEARING SCHEDULED FOR |
| | : FEBRUARY 8, 2018 AT 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 400 WASHINGTON STREET, SUITE 300 |
| | : READING, PENNSYLVANIA 19601 |

### ORDER GRANTING ALLY BANK
### RELIEF FROM THE AUTOMATIC STAY
### AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Mitsubishi Outlander, VIN: JA4JZ4AX4GZ014545 (the "Vehicle"); is hereby terminated effective the date of this Order as to Debtor(s);

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

**Date: February 12, 2018**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

Copies mailed to: See attached service list.