United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph W LaFramboise
Amanda Lea LaFramboise
    Debtors

Case No. 17-17587-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Feb 12, 2018
                   Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.
db/jdb       +Joseph W LaFramboise,   Amanda Lea LaFramboise,   66 Stella Drive,   Reading, PA 19608-9072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2018 01:50:21     Ally Bank,
               serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2018 01:44:53     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                                                        TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO   on behalf of Joint Debtor Amanda Lea LaFramboise jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO   on behalf of Debtor Joseph W LaFramboise jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          REGINA COHEN   on behalf of Creditor   Ally Bank rcohen@lavin-law.com,   ksweeney@lavin-law.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 17-17587(REF) |
| JOSEPH W. LAFRAMBOISE and | : CHAPTER 13 |
| AMANDA LEA LAFRAMBOISE | : |
| Debtors | : HEARING SCHEDULED FOR |
| | : FEBRUARY 8, 2018 AT 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 400 WASHINGTON STREET, SUITE 300 |
| | : READING, PENNSYLVANIA 19601 |

**ORDER GRANTING ALLY BANK
RELIEF FROM THE AUTOMATIC STAY
AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Mitsubishi Outlander, VIN: JA4JZ4AX4GZ014545 (the "Vehicle"); is hereby terminated effective the date of this Order as to Debtor(s);

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

**Date: February 12, 2018**

FOR THE COURT:

RICHARD E. FEHLING
United States Bankruptcy Judge

Copies mailed to: See attached service list.