**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Joseph W. LaFramboise | : | Case No.: 17-17587 |
| Amanda Lea LaFramboise | : | Chapter 13 |
| | : | Judge Richard E. Fehling |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |

## PRAECIPE TO WITHDRAW CREDITOR'S OBJECTION
## TO CONFIRMATION OF PLAN

Kindly withdraw the Objection to Confirmation of Plan that was filed on January 19, 2018, on behalf of Wells Fargo Bank, N.A. ("Creditor") at Docket number 22.

Respectfully submitted,

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-001400_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Joseph W. LaFramboise | : | Case No.: 17-17587 |
| Amanda Lea LaFramboise | : | Chapter 13 |
| | : | Judge Richard E. Fehling |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

John A. DiGiamberardino, Attorney for Joseph W. LaFramboise and Amanda Lea LaFramboise, 845 North Park Road, Suite 101, Wyomissing, PA 19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 18, 2018:

Joseph W. LaFramboise and Amanda Lea LaFramboise, 66 Stella Drive, Sinking Spring, PA 19608

DATE: 5/18/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

18-001400_JDD1

Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-001400_JDD1