United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17587-ref
Joseph W LaFramboise                                                      Chapter 13
Amanda Lea LaFramboise
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1           Date Rcvd: Aug 13, 2018
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Joseph W LaFramboise,    Amanda Lea LaFramboise,    66 Stella Drive,    Reading, PA 19608-9072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2018 01:45:10      Ally Bank,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2018 01:51:08      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Amanda Lea LaFramboise jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Joseph W LaFramboise jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph W. LaFramboise and             : Chapter 13
            Amanda L. LaFramboise,                  :
                     Debtors                                    : Case No.  17-17587

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $4,407.51 and advanced costs in the amount of $92.49.

BY THE COURT:

**Date: August 13, 2018**

_____