IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph W. LaFramboise and   : Chapter 13
          Amanda L. LaFramboise,    :
          Debtors    : Case No. 17-17587

## REQUEST TO NOTE CHANGE OF ADDRESS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the debtor to the following:

6404 Destin Court
Saugatuck, MI 49453

Dated: 6/8/2020

**CASE & DIGIAMBERARDINO, P.C.**

By: s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA 19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor