| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17587-PMM

JOSEPH W  LA FRAMBOISE  
AMANDA LEA  LA FRAMBOISE  
6404 DESTIN COURT  
SAUGATUCK  MI     49453

Petition Filed Date: 11/07/2017  
341 Hearing Date: 01/16/2018  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $650.00 |  | 02/05/2019 | $650.00 |  | 03/04/2019 | $650.00 |  |
| 04/04/2019 | $650.00 |  | 05/06/2019 | $650.00 |  | 06/03/2019 | $650.00 |  |
| 07/08/2019 | $650.00 |  | 08/02/2019 | $650.00 |  | 09/03/2019 | $650.00 |  |
| 10/02/2019 | $650.00 | 6038375000 | 11/04/2019 | $650.00 | 6038376000 | 12/02/2019 | $650.00 | 6038377000 |
| 01/03/2020 | $650.00 | 6038378000 | 02/05/2020 | $650.00 | 6038379000 | 03/02/2020 | $650.00 | 6038380000 |
| 04/02/2020 | $650.00 | 6038381000 | 05/04/2020 | $650.00 | 6038382000 | 06/01/2020 | $650.00 | 6038383000 |
| 07/02/2020 | $650.00 | 6038384000 |  |  |  |  |  |  |

**Total Receipts for the Period: $12,350.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,800.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»»  006 | Unsecured Creditors | $8,019.55 | $0.00 | $8,019.55 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»»  002 | Secured Creditors | $13,210.75 | $12,646.27 | $564.48 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  019 | Unsecured Creditors | $163.58 | $0.00 | $163.58 |
| 8 | ALLY FINANCIAL<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL<br>»»  009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK<br>»»  012 | Unsecured Creditors | $4,625.36 | $0.00 | $4,625.36 |
| 13 | DISCOVER BANK<br>»»  013 | Unsecured Creditors | $17,764.80 | $0.00 | $17,764.80 |
| 1 | GLHEC & AFFILIATES<br>»»  001 | Unsecured Creditors | $1,509.28 | $0.00 | $1,509.28 |
| 15 | GREAT LAKES HIGHER ED CORP<br>»»  015 | Unsecured Creditors | $2,669.19 | $0.00 | $2,669.19 |
| 18 | MOMA FUNDING LLC<br>»»  018 | Unsecured Creditors | $987.88 | $0.00 | $987.88 |
| 3 | MOMA FUNDING LLC<br>»»  003 | Unsecured Creditors | $524.91 | $0.00 | $524.91 |
| 4 | MOMA FUNDING LLC<br>»»  004 | Unsecured Creditors | $3,244.02 | $0.00 | $3,244.02 |
| 5 | MOMA FUNDING LLC<br>»»  005 | Unsecured Creditors | $3,367.69 | $0.00 | $3,367.69 |

**Chapter 13 Case No. 17-17587-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $982.73 | $0.00 | $982.73 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,352.52 | $0.00 | $4,352.52 |
| 10 | TD RETAIL CREDIT SERVICES<br>»» 010 | Secured Creditors | $1,296.32 | $1,240.93 | $55.39 |
| 11 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 011 | Unsecured Creditors | $43,920.74 | $0.00 | $43,920.74 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $2,300.62 | $0.00 | $2,300.62 |
| 14 | WELLS FARGO BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CASE & DIGIAMBERARDINO PC<br>»» 020 | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $18,387.20 | Arrearages: | $650.00 |
| Paid to Trustee: | $1,827.80 | Total Plan Base: | $39,000.00 |
| Funds on Hand: | $585.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.