**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **Joseph W. LaFramboise** | : | **Case No.: 17-17587** |
|   **Amanda Lea LaFramboise** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
|   **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-001400_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-17587** |
| **Joseph W. LaFramboise** : | **Chapter 13** |
| **Amanda Lea LaFramboise** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Joseph W. LaFramboise** : | |
| **Amanda Lea LaFramboise** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

John A. DiGiamberardino, Attorney for Joseph W. LaFramboise and Amanda Lea LaFramboise, Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA  19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 7, 2021:

Joseph W. LaFramboise and Amanda Lea LaFramboise, 6404 Destin Court, Saugatuck, MI 49453

Joseph W. LaFramboise and Amanda Lea LaFramboise, 66 Stella Drive, Sinking Spring, PA 19608

18-001400_PS

DATE: <u>March 7, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-001400_PS