| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-17587-PMM**

JOSEPH W  LA FRAMBOISE  
AMANDA LEA  LA FRAMBOISE  
6404 DESTIN COURT  
SAUGATUCK  MI     49453

Petition Filed Date: 11/07/2017  
341 Hearing Date: 01/16/2018  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $650.00 | 6038378000 | 02/05/2020 | $650.00 | 6038379000 | 03/02/2020 | $650.00 | 6038380000 |
| 04/02/2020 | $650.00 | 6038381000 | 05/04/2020 | $650.00 | 6038382000 | 06/01/2020 | $650.00 | 6038383000 |
| 07/02/2020 | $650.00 | 6038384000 | 08/17/2020 | $650.00 |  | 09/10/2020 | $650.00 |  |
| 10/09/2020 | $650.00 |  | 11/09/2020 | $650.00 |  | 12/09/2020 | $650.00 |  |
| 01/11/2021 | $650.00 |  | 02/09/2021 | $650.00 |  | 03/09/2021 | $650.00 |  |
| 04/09/2021 | $650.00 |  | 05/10/2021 | $650.00 |  | 06/09/2021 | $650.00 |  |

**Total Receipts for the Period:  $11,700.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $27,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $8,019.55 | $505.43 | $7,514.12 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $13,210.75 | $13,210.75 | $0.00 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 019 | Unsecured Creditors | $163.58 | $0.00 | $163.58 |
| 8 | ALLY FINANCIAL »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK »» 012 | Unsecured Creditors | $4,625.36 | $291.52 | $4,333.84 |
| 13 | DISCOVER BANK »» 013 | Unsecured Creditors | $17,764.80 | $1,119.63 | $16,645.17 |
| 1 | GLHEC & AFFILIATES »» 001 | Unsecured Creditors | $1,509.28 | $95.11 | $1,414.17 |
| 15 | US DEPARTMENT OF EDUCATION »» 015 | Unsecured Creditors | $2,669.19 | $168.24 | $2,500.95 |
| 18 | MOMA FUNDING LLC »» 018 | Unsecured Creditors | $987.88 | $56.12 | $931.76 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $524.91 | $33.08 | $491.83 |
| 4 | MOMA FUNDING LLC »» 004 | Unsecured Creditors | $3,244.02 | $204.49 | $3,039.53 |
| 5 | MOMA FUNDING LLC »» 005 | Unsecured Creditors | $3,367.69 | $212.26 | $3,155.43 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $982.73 | $55.85 | $926.88 |

**Chapter 13 Case No. 17-17587-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,352.52 | $274.30 | $4,078.22 |
| 10 | TD RETAIL CREDIT SERVICES<br>»» 010 | Secured Creditors | $1,296.32 | $1,296.32 | $0.00 |
| 11 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 011 | Unsecured Creditors | $43,920.74 | $2,768.05 | $41,152.69 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $2,300.62 | $145.01 | $2,155.61 |
| 14 | WELLS FARGO BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CASE & DIGIAMBERARDINO PC<br>»» 020 | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,950.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $24,936.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,406.30 | Total Plan Base: | $39,000.00 |
| Funds on Hand: | $607.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.