| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17587-PMM**

JOSEPH W  LA FRAMBOISE
AMANDA LEA  LA FRAMBOISE
6404 DESTIN COURT
SAUGATUCK  MI    49453

Petition Filed Date: 11/07/2017
341 Hearing Date: 01/16/2018
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $650.00 | | 05/10/2021 | $650.00 | | 06/09/2021 | $650.00 | |
| 07/12/2021 | $650.00 | | 08/09/2021 | $650.00 | | 09/10/2021 | $650.00 | |
| 10/12/2021 | $650.00 | | 11/09/2021 | $650.00 | | 12/09/2021 | $650.00 | |
| 01/10/2022 | $650.00 | | 02/09/2022 | $650.00 | | 03/09/2022 | $650.00 | |
| 04/11/2022 | $650.00 | | 05/09/2022 | $650.00 | | 06/09/2022 | $650.00 | |
| 07/12/2022 | $650.00 | | | | | | | |

**Total Receipts for the Period:  $10,400.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $36,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»»  006 | Unsecured Creditors | $8,019.55 | $1,211.96 | $6,807.59 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»»  002 | Secured Creditors | $13,210.75 | $13,210.75 | $0.00 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  019 | Unsecured Creditors | $163.58 | $15.40 | $148.18 |
| 8 | ALLY FINANCIAL<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL<br>»»  009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK<br>»»  012 | Unsecured Creditors | $4,625.36 | $699.02 | $3,926.34 |
| 13 | DISCOVER BANK<br>»»  013 | Unsecured Creditors | $17,764.80 | $2,684.83 | $15,079.97 |
| 1 | GLHEC & AFFILIATES<br>»»  001 | Unsecured Creditors | $1,509.28 | $228.11 | $1,281.17 |
| 15 | US DEPARTMENT OF EDUCATION<br>»»  015 | Unsecured Creditors | $2,669.19 | $403.40 | $2,265.79 |
| 18 | MOMA FUNDING LLC<br>»»  018 | Unsecured Creditors | $987.88 | $149.32 | $838.56 |
| 3 | MOMA FUNDING LLC<br>»»  003 | Unsecured Creditors | $524.91 | $66.00 | $458.91 |
| 4 | MOMA FUNDING LLC<br>»»  004 | Unsecured Creditors | $3,244.02 | $490.29 | $2,753.73 |
| 5 | MOMA FUNDING LLC<br>»»  005 | Unsecured Creditors | $3,367.69 | $509.00 | $2,858.69 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $982.73 | $148.50 | $834.23 |

**Chapter 13 Case No. 17-17587-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,352.52 | $657.74 | $3,694.78 |
| 10 | TD RETAIL CREDIT SERVICES<br>»» 010 | Secured Creditors | $1,296.32 | $1,296.32 | $0.00 |
| 11 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 011 | Unsecured Creditors | $43,920.74 | $6,637.71 | $37,283.03 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $2,300.62 | $347.71 | $1,952.91 |
| 14 | WELLS FARGO BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CASE & DIGIAMBERARDINO PC<br>»» 020 | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $36,400.00 | | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $33,256.06 | | Arrearages: | $0.00 |
| Paid to Trustee: | $3,121.30 | | Total Plan Base: | $39,000.00 |
| Funds on Hand: | $22.64 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.