Certificate Number: 14912-PAE-DE-036944349

Bankruptcy Case Number: 17-17587



14912-PAE-DE-036944349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2022, at 10:41 o'clock AM EDT, Amanda Laframboise completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 1, 2022          By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor