United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17587-pmm |
| Joseph W LaFramboise | Chapter 13 |
| Amanda Lea LaFramboise | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph W LaFramboise, Amanda Lea LaFramboise, 6404 Destin Court, Saugatuck, MI 49453-9452 |
| 14038804 | + | Ally Bank, c/o Regina Cohen, Esq, 190 North Independence Mall West, Ste 500, 6th & Race Streets, Philadelphia, PA 19106-1554 |
| 14038478 | | GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp, PO Box 8961, Madison WI 53708-8961 |
| 14010974 | + | Great Lakes/US Bank, P.O. Box 7860, Madison, WI 53707-7860 |
| 14113176 | + | John A. DiGiamberardino, Esq., Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14016871 | + | Nationstar Mortgage LLC, c/o Matteo S. Weiner, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14030136 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14010985 | + | Synchrony Bank/The Container Store, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14017390 | | U.S. BANK NATIONAL ASSOCIATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14040130 | + | Wells Fargo Bank, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 14 2023 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2023 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14010959 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2023 00:36:00 | AES Bank Of America, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14010963 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2023 00:37:00 | American Honda Finance, 2170 Point Blvd Suite 100, Elgin, IL 60123 |
| 14020259 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2023 00:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14120482 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 14 2023 00:36:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14029363 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2023 00:36:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14029365 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2023 00:36:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14621404 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14010961 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2023 00:36:00 | Ally Financial, P.O. Box 380901, Minneapolis, |

Case 17-17587-pmm   Doc 60   Filed 01/15/23   Entered 01/16/23 00:32:24   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | MN 55438-0901 |
| 14010960 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2023 00:36:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14010962 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2023 00:41:57 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14026918 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2023 00:41:55 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14010964 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2023 00:36:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14010965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2023 00:41:54 | Best Buy/Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14010966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2023 00:42:00 | Brand Source/Citibank, N.A., 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14010968 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2023 00:36:00 | Comenity Bank/Pottery Barn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14010969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2023 00:36:00 | Comenity Bank/Younkers, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14010970 | | Email/Text: G06041@att.com | Jan 14 2023 00:37:00 | DIRECTV, PO Box 11732, Newark, NJ 07101 |
| 14010971 | | Email/Text: mrdiscen@discover.com | Jan 14 2023 00:36:00 | Discover Financial Services, P.O. Box 30954, Salt Lake City, UT 84130 |
| 14010972 | | Email/Text: mrdiscen@discover.com | Jan 14 2023 00:36:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14087189 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2023 00:41:59 | Directv, LLC, by American InfoSource LP as agent, 4515 Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14032336 | | Email/Text: mrdiscen@discover.com | Jan 14 2023 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14010967 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14010976 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2023 00:36:00 | Nationstar/Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 14010977 | + | Email/PDF: pa_dc_claims@navient.com | Jan 14 2023 00:41:53 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14060470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2023 00:41:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14011613 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 14 2023 00:41:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14010978 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:41:53 | Pay Pal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14024390 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2023 00:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14010980 | + | Email/Text: DSLBKYPRO@discover.com | Jan 14 2023 00:37:00 | Student Loan Corporation, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 14010982 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 14 2023 00:36:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14011884 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:41:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14010983 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:41:53 | Synchrony Bank/ HH Gregg, P.O. Box 965036, Orlando, FL 32896-5036 |

Case 17-17587-pmm  Doc 60  Filed 01/15/23  Entered 01/16/23 00:32:24  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14010984 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:41:53 | Synchrony Bank/Art Van Furniture, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14029614 | + | Email/Text: tdebn@credbankserv.com | Jan 14 2023 00:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14028654 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 14 2023 00:37:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14010987 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 14 2023 00:37:00 | US Bank, 4325 17th Ave South, Fargo, ND 58125 |
| 14055028 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 14 2023 00:36:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14010988 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 14 2023 00:36:00 | US Department of Education/Great Lakes, P.O. Box 7860, Madison, WI 53707-7860 |
| 14010986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2023 00:41:57 | Universal/ Citicard, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14039226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14010973 | | DRO of Wisconsin?, WI |
| 14010975 | | Maggie Rivera |
| 14010981 | *+ | Student Loan Corporation, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14010979 | ##+ | Raymour & Flannigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

MATTEO SAMUEL WEINER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK  N.A. sarah.barngrover@beckshybrids.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Amanda Lea LaFramboise steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Joseph W LaFramboise steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph W LaFramboise and Amanda
Lea LaFramboise
        Debtor(s)                                      Case No: 17−17587−pmm

                                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          United States Bankruptcy Court
          Office of the Clerk, Gateway Building
          201 Penn Street, 1st Floor
          Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/13/23